IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:21CR314 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| SHAWN THOMAS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____  9/26/2022
Defendant                Date

_____  9/26/2022
Attorney for Defendant    Date

ORDER

IT IS ORDERED that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 26 day of September, 2022.

BY THE COURT:

Susan M. Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT